156 So. 777

## UNITED STATES FIDELITY & GUARAN- TY CO. v. CHEROKEE COUNTY.

### 7 Div. 261.

Supreme Court of Alabama.

June 21, 1934.

Rehearing Denied Oct. 11, 1934.

Culli & Culli, of Gadsden, for petitioner.

Hugh Reed, of Center, for respondent.

KNIGHT, Justice.

Petition of the United States Fidelity & Guaranty Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in U. S. F. & G. Co. v. Cherokee County, 156 So. 777.

Writ denied.

THOMAS, BOULDIN, and FOSTER, JJ., concur.